**COM.**

v.

**SPRINGER, D.**

**1833 MDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–36–CR–0002822–2015
(Lancaster)

Affirmed

**COM.**

v.

**JACOBOSKY, S.**

**2004 MDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–40–CR–0003949–2013 (Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**DIXSON, S.**

**234 WDA 2015**

Superior Court of Pennsylvania.

06/09/2017

CP–02–CR–0008633–2011
(Allegheny)
Affirmed

**COM.**

v.

**MOSES, K.**

**1763 WDA 2015**

Superior Court of Pennsylvania.

06/09/2017

CP–02–CR–0013123–2013 (Allegheny)
Affirmed

**COM.**

v.

**VENSEL, S.**

**685 WDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–10–CR–0001315–2015 (Butler)
Affirmed